IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL MITIGATION BANKING ASSOCIATION; LAND AND WATER RESOURCES, INC.; WETLANDS MITIGATION OF ILLINOIS, L.L.C; and WETLANDS RESEARCH, INC.<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS; COL. GARY E. JOHNSTON, in his official capacity as District Engineer of the Chicago District; and MITCHELL A. ISOE, in his official Capacity as Chief of the Regulatory Branch of the Chicago District,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE AND FILE CORRECTED MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF PLAINTIFFS**<br><br>Civil No. 06 C - 2820<br><br><br>Hearing Date: September 14, 2006<br>Time:    9:30 AM<br>Courtroom:  1925<br>Judge:   Honorable Joan H. Lefkow |

The Unopposed Motion To Amend Briefing Schedule And File Corrected Memorandum In Support Of Motion For Summary Judgment On Behalf Of Plaintiffs filed by Plaintiffs National Mitigation Bankers Association, Land and Water Resources, Inc., Wetlands Mitigation of Illinois, LLC and Wetlands Research, Inc. ("Plaintiffs") came on for hearing before this Court on September 14, 2006 at a time set by the Court, the Honorable Joan H. Lefkow, Judge, presiding. After full consideration of the Notice of Motion and Motion, Memorandum of Points and Authorities in Support thereof, and the complete record of this case, the Court grants Plaintiffs' Motion and orders that Plaintiff file its Corrected Memorandum In Support Of Motion For Summary Judgment On Behalf Of Plaintiffs Motion with the Clerk of Court forthwith. The Court hereby amends its June 27, 2006 Scheduling Order (Document Number 15) as follows:

1. Plaintiffs' corrected Memorandum In Support Of Motion For Summary Judgment On Behalf Of Plaintiffs shall be filed by September 14, 2006.

2. The Government's replacement response to Plaintiffs' Motion for Summary Judgment shall be filed by September 21, 2006.

3. Plaintiff's Reply Brief shall be filed by September 25, 2006.

4. The Government's Reply Brief shall be filed by October 17, 2006.

No other provisions of the Court's June 27, 2006 Scheduling Order are modified.

It is so ordered.


Dated: _____          By:_____

                                         Honorable Joan H. Lefkow
                                         United States District Court
                                         Northern District of Illinois


                                         Respectfully Submitted,

                                         /s/    *John A. Lee*_____
                                         Jan M. Michaels
                                         John A. Lee
                                         Michaels & May, P.C.
                                         Sears Tower
                                         233 S. Wacker Drive, Suite 5620
                                         Chicago, IL  60606
                                         Phone: (312) 428-4720
                                         Fax: (312) 575-8679
                                         jmichales@michaelsmay.com
                                         jlee@michaelsmay.com

Michaels R. Fitzpatrick (pro hac vice pending)
Brennan Steil and Bastings, S.C.
One East Milwaukee Street
P.O. Box 1148
Janesville, WI  52547-1148
Phone: (608) 756-4141
Fax: (608) 756-9000
mfitzpatrick@brennansteil.com

Margaret N. Strand (pro hac vice pending)
Venable, LLP
575 7th Street, NW
Washington, DC  20004-1607
Phone:  (202) 344-4699
Fax: (202) 344-8300
mstrand@venable.com

COUNSEL FOR NATIONAL MITIGATION
BANKING ASSOCIATION, LAND AND
WATER RESOURCES, INC., WETLANDS
MITIGATION OF ILLINOIS, L.L.C., and
WETLANDS RESEARCH, INC.